90 LANGTRY vs. CIRCUIT JUDGE (Wayne), 68 M., 451.

To set aside certain proceedings in attachment.

Granted February 2, 1888.

Held, that a writ of attachment does not operate as a summons, and that personal service of the writ, unless made after levy and accompanied by the statutory inventory, is insufficient to give jurisdiction over defendant.

90½ WILSON vs. CIRCUIT JUDGE (Genesee), No. 11249, 87 M., 493.

To quash a writ of attachment because signed by Marguerite E. Burr, who, under the constitution, is ineligible to the office of deputy county clerk.

Denied June 13, 1890.

Opinion filed October 6, 1891, holding that the office of county clerk is wholly ministerial, and when the law provides that a ministerial officer may appoint a deputy, for whose acts he and his sureties are responsible, and does not limit or restrict him as to whom he appoints, his choice is not confined to any race, sex, color or age.

91 AMERICAN BISCUIT & MNFG. CO. vs. CIRCUIT JUDGE (Gogebic), No. 12344.

To vacate order dissolving an attachment. It appeared that a motion had been made before a former circuit judge to quash the writ which was granted.

Denied November 17, 1891, without costs.

It was held that in order to lay the foundation for this application, respondent should first have been asked to do what it is now sought to compel the court to do.